**MUSCARELLA, BOCHET,**
**EDWARDS & D'ALESSANDRO, P.C.**
10-04 River Road
Fair Lawn, New Jersey 07410
(201)796-3100
Counsel to Trustee
BAE7510

                                        UNITED STATES BANKRUPTCY COURT
                                        DISTRICT OF NEW JERSEY
                                        CASE NO. 14-16006-RG

| | | |
|---|---|---|
| In the Matter of: | : | |
| | : | TRUSTEE'S AFFIDAVIT IN SUPPORT |
| MICHAEL BONGIOVANNI AND | : | OF MOTION TO EXPUNGE THE |
| JEAN MARIE BONGIOVANNI, | : | CLAIM OF ALLY FINANCIAL |
| | : | |
| Debtors. | : | |
| | : | |

**STATE OF NEW JERSEY** )
                          ss:
**COUNTY OF BERGEN** )

      **BARBARA A. EDWARDS,** of full age, being duly sworn according to law upon her oath, deposes and says:

    1.    I am the duly appointed and acting Trustee in the within matter and I am fully familiar with the facts and circumstances herein.

    2.    The Trustee has reviewed the proofs of claim on file in this matter and believes that certain claims should be modified or expunged as they may be inaccurate.

    3.    Claim # 4 on the claims register filed by Ally Financial on April 16, 2014 as a secured claim in the sum of $12,571.04 should be expunged.

    4.    This claimant has a secured interest in a certain 2010 GMC Sierra motor vehicle and upon information and belief its claim has been or should be satisfied by the secured property.

5. Accordingly, it is respectfully requested that this Court enter an Order expunging claim # 4 on the claims register filed by Ally Financial.

          */s/ Barbara A. Edwards*
          **BARBARA A. EDWARDS,** Trustee

Sworn and subscribed to
before me this 8th day of
December 2014.

  */s/ Patrice L. Capozzi*
Patrice L. Capozzi
Notary Public of New Jersey
My Commission Expires: June 15, 2018