# SEIDMAN & PINCUS, LLC

ATTORNEYS AT LAW

777 TERRACE AVENUE, SUITE 508
HASBROUCK HEIGHTS, NEW JERSEY 07604
(201) 473-0047   FAX: (201) 288-7009

MEMBERS:
MITCHELL B. SEIDMAN*
E-MAIL: ms@seidmanllc.com
ANDREW J. PINCUS*
E-MAIL: ap@seidmanllc.com

OF COUNSEL:
LANI D'AGOSTINO ~
E-MAIL: ld@seidmanllc.com
REENA FORST +
E-MAIL: rf@seidmanllc.com
PHYLLIS BARKER °
E-MAIL: pb@seidmanllc.com

ADMISSION:
* MEMBER OF NJ & NY BAR
+ MEMBER OF NJ, NY & DC BAR
° MEMBER OF NJ & CA BAR
~ MEMBER OF NJ BAR

December 29, 2014

The Honorable Rosemary Gambardella
United States Bankruptcy Court
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street, 3rd Floor
Newark, NJ 07601

    **Re:**   In the Matter of: **Michael Bongiovanni and Jean Marie Bongiovanni**
          Case No.: 14-16006-RG

Dear Judge Gambardella:

    We represent Lakeland Bank in the above referenced matter. There is currently pending before Your Honor the Trustee's Motion to Expunge the Claim of Lakeland Bank (the "Motion"). The Motion is returnable on January 13, 2015. With the Trustee's consent, we requested the Court adjourn the Motion for two weeks to January 27, 2015. Per Sharon Moore, Court Room Deputy, we have been advised that Lakeland Bank's adjournment request has been granted. Accordingly, the **Motion is now returnable on January 27, 2015 at 10:00 am**. Thank you.

Respectfully,

Lani D'Agostino

cc:   Barbara Edwards, Esq.

[Stamp: U.S. BANKRUPTCY COURT FILED NEWARK, NJ 15 JAN -6 AM 8:26 BY: JAMES J. WALDRON DEPUTY CLERK]