| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>_____<br>**MUSCARELLA, BOCHET,<br>EDWARDS & D'ALESSANDRO, P.C.**<br>10-04 River Road<br>Fair Lawn, New Jersey 07410<br>(201)796-3100<br>Counsel to Trustee<br>BAE7510<br>_____<br><br>In re:<br><br>**MICHAEL BONGIOVANNI AND<br>JEAN MARIE BONGIOVANNI,**<br><br>                  Debtors. | **Order Filed on January 15, 2015<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br><br>Chapter 7<br><br>Case No. 14-16006-RG<br><br>Hearing date: 1/13/15 @ 10:00 am<br><br>Judge: Rosemary Gambardella |

**ORDER EXPUNGING THE CLAIM OF
ALLY FINANCIAL**

The relief set forth on the following page(s) numbered two (2) is hereby

**ORDERED**

**DATED: January 15, 2015**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
**Re:    Michael Bongiovanni and Jean Marie Bongiovanni, Debtors**
       **Chapter 7; Case No. 14-16006-RG**
       **ORDER EXPUNGING THE CLAIM OF ALLY FINANCIAL.**

---

      **THIS MATTER,** having been opened to the Court by Muscarella, Bochet, Edwards & D'Alessandro, P.C., attorneys for Trustee Barbara A. Edwards, upon a Motion seeking to expunge the claim of Ally Financial, and the Court having considered the affidavit in support of the Motion and any opposition submitted thereto, and good cause having been shown; it is

      **ORDERED** that claim # 4 on the claims register filed by Ally Financial as a secured claim in the sum of $12,571.04 be and the same is hereby expunged.